ROBERT A. SCANLON, *ET ALS.*, PLAINTIFFS-PETITIONERS, v. DEPARTMENT OF CIVIL SERVICE, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Mr. William V. Breslin,* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Morton Anekstein,* for the respondent.

May 3, 1966. Denied.

NATIONAL STATE BANK OF NEWARK, PLAINTIFF-RESPONDENT, v. RICHARD RAPP, *ET ALS.*, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 300.

*Mr. John E. Hughes,* for the petitioner.

*Mr. A. Albert Eichler,* for the respondent.

May 3, 1966. Granted.

TEXAS EASTERN TRANSMISSION CORPORATION, ETC., PLAINTIFF-RESPONDENT, v. WILDLIFE PRESERVES, INC., *ET ALS.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 385.

*Mr. Stuart A. Young, Jr., Mr. Francis E. P. McCarter,* and *Mr. Charles R. Merrill,* for the petitioner.

*Messrs. Jeffers and Mountain* and *Mr. Robert J. DelTufo,* for the respondents.

May 3, 1966. Granted.